SEABOARD AIR LINE RAILWAY V. SAYERS.
(Decided Dec. 19, 1912.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

STEINER, CRUM & WEIL, for appellant. No counsel marked for appellee.

Per curiam. Dismissed on motion of appellant.

---

SHELBY V. ST. PAUL FIRE & MARINE INS. CO.
(Decided Nov. 27, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

J. S. KENNEDY, for appellant. A. LATADY, for appellee.

Per curiam. Appeal dismissed because of transcript not being filed in time.

---

SMITH V. THE STATE.
(Decided Dec. 19, 1912.)

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

C. L. PRICE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed by appellant .

---

SMITH, ALIAS CLARK V. STATE.
(Decided Jan. 23, 1913.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

H. L. MARTIN, RILEY & CARMICHAEL, and J. A. CARNLEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.